Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

**Abingdon** Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 07 2025

LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

**Palmer + Lisa Jessee**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**See Attached**
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **1:25 CV 37**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

Jury Trial if we can get a court appointed lawyer. If not no jury just asking mercy and truth of the court

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Palmer + Lisa Jessee**
Street Address: **470 Doe Haven Drive**
City and County: **Blackwater**
State and Zip Code: **Virginia 24221**
Telephone Number: **(276) 594-1958**
E-mail Address: **lisajessee8@gmail.com**

All deeds on my Facebook (Lisa Jessee)

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**Defendant No. 1**

Name: LEE County Court House (Clerks, Treasurers, Commissor office)
Job or Title (if known):
Street Address: 33640 MAIN St. Courthouse
City and County: Jonesville
State and Zip Code: Virginia 24263
Telephone Number: (276) 346-7763
E-mail Address (if known):

**Defendant No. 2**

Name: LEE Bank + Trust
Job or Title (if known):
Street Address: 41371 Morgan Ave.
City and County: Pennington Gap
State and Zip Code: Virginia 24277
Telephone Number: (276) 546-2211
E-mail Address (if known):

**Defendant No. 3**

Name: VA. Department of Transportation
Job or Title (if known):
Street Address: 1401 E. BROAD Street
City and County: Richmond
State and Zip Code: Virgina 23219
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: Powell Valley Electric Co-op
Job or Title (if known):
Street Address: 331 Church St.
City and County: Jonesville VA. 24263
State and Zip Code:
Telephone Number: (276) 346-6003
E-mail Address (if known):

Defendant 5:
Name: Richard Bailey Engineering + Land Surveying
Street Address: 183 Old Dominion Dr.
City County: Rosedale
State and Zipcode: Virginia 24280
Telephone Number: (276) 880-9027

Defendant 6:
Name: Cumberland Partners, LLC
Street Address: 263 Church St.
City County: Jonesville
State and Zip Code: Virginia 24263
Telephone number: (276) 346-3025

Defendant 7:
Name: Larry Culbertson Surveying
Street Address: 120 Bethel Rd
City County: Nickelsville
State Zip Code: Virginia 24271

Defendant 8:
Name: Terry Kilgore
Street Address: 197 W. Jackson
City County: Gate City
State Zipcode: Virginia 24251

Defendants B) are (individuals)

Albert Mullins (heirs)
Carl Osborne
John Taylor
Steve Barrette
Clyde Reed
Dennis Kirk
Thomas Osborne (heirs)
David Noel

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

**A.    The Plaintiff(s)**

1. If the plaintiff is an individual

    The plaintiff, *(name)* Lisa + Palmer Jessee, is a citizen of the State of *(name)* Virginia.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name )* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.    The Defendant(s)**

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Just want my land surveyed, Fenced and Everybody on ther Land. And the cost of the court and Lawyers and surveyors PAID

III. **Statement of Claim**

A. Describe the property that you own that is the subject of this complaint, including its value.

B. How and when did you come to own the property?

September 2005 Courthouse steps From George Cridlin

C. How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property. Not Sure

D. *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

We verbally told them and we sent Notaried and certified by mail Feb 25, 2014 to these people Even though Some of them would not Except them and some of them sold out to other people.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Just want our land surveyed Right and these People put on their Land. Not own ours

Page 4 of 5

Question (A)

DB 47 Pg 153   DB 32   DB 182 Pg 98   DB 410 Pg 85
DB 58 Pg 444

0902067

These deeds that Are wrote you dont go by the acrege you go by the boundary Lines This place Estabished by William Samuel Robinette Attorney AT LAW and has not Changed since then. He Listed it in a business deAL to RiAL Lawson, this Land is the land I know as the BD Carter Land Both track of Land was 200 acres more or less. The Land I own He Left to Ellen Livingston his daughter. Ruth Oxford her heirs Sold it to BD Carter where Carter Cave on 603 near the Lee + Scott Line. Now my pArt. Ellen Livington Sold her pArt to John T Livsay and WS Osborne, Windfield's Osborne got it from John M Tate on behAlf of John T Livsay. Now W.S. Osborne sold it to Charlie + Mary Huff then they sold it to Dewey + Mary Lawson McPherson, Dewey died in The first yeAr of their marriage. She sold it to Ewell & Pearl Allen and they sold it to CH Middleton and he sold it to Jeff leford - This is our deed Beginning on a Stake in the Enoch Osborne Line, Now RiAL Lawson corner thence North with a mark Line or Survey Line with School Lot with 1896 Survey and 1925 W.S. heirs survey on track 5 North EAst with track 5 to top of Ridge to the Hurd Corner (Enoch Osborne Line) HN Robinette; Flora Robinette ThomAs (T) Osborne North with Line to Track 3 or Kirks Line, then with Track 3 Northeast to track 4 Then with 540 acre survey or TAte Line track 4 corner (up a Spur with Kirk line) with mountain to Dewey Lawson corner on Top of Powell Mountain then with top of Mountain EAst passing Robinette Road

Still East to where Windfield S Osborne verses Enoch Osborne 150 acres down a spur with said Charlie Fannons Line south passing George Osborne 59 acre Northwest corner Still Charlie Fannons Line South to Enoch Osborne Line to George + John intersection still south with Enoch Osborne Line to George Osbornes 59 acres Southeast corner or Robert 300 acre Line still Enoch Osborne south to J.R. Willis corner then west with Enoch Osborne Line or JR Willis Line to Amos Boller survey Line or WJ Chandler Line or Echol Bledsoe Line. WJ Chandler or Echol Bledsoe Line and Andrew Osborne Survey Line go South to Echol Bledsoe 6 acre corner and Isaac Robinettes 25 acre Survey corner. Go back to where Amos Boller survey and A.J. Osborne survey meet on th Enoch Osborne Line thence west with Enoch Osborne Line to the beginning (Deed book 15 page 19.)

Seems Like the Clerks Office, Treasury Office Commissioner Office and County Court house. does not Know you go by the Boundary Line Not the Acrage.

Question (1)

To Whom it may concern:
We have sent copy of Deeds, plat and disk to these people. It being the 3rd notice, but this one is the only one being notaried and certified by mail. To these people with addresses we obtained at the Lee County Court house in the treasury office in the 2013 tax books.

Steven C. + DRoxanne Barret
2129 Back Valley Rd
Blackwater Va. 24221

Christopher + Karen Genay
6450 N. Velveteen Point
Dunnellon Fl. 34433

Lewis Dennis Kirk
5303 Jackman Rd
Toledo Ohio 43613

Frank D. + Bertha Sue Osborne
Carl + Debbie Osborne (Heirs)
2548 Back Valley Rd
Blackwater Va. 24221

Karen L. Presley, notary public, Lee County, Virginia
2/24/14

KAREN L. PRESLEY
Notary Public
Commonwealth of Virginia
Reg. #7113167
My Commission Exps. June 30, 2015

James T. Osborne
P.O. Box 6
Blackwater Va. 24221

John + Betty Taylor
P.O. Box 14
Blackwater Va. 24221

Carson + Victoria Payne
1582 Back Valley Rd
Blackwater Va. 24221

Clyde Reed + Paula Evans
169 Doe Haven Drive
Blackwater Va. 24221

Albert Junior Mullins
P.O. Box 10
Blackwater Va. 24221

Karen L. Presley, notary public, Lee County, Virginia
2/24/14

KAREN L. PRESLEY
Notary Public
Commonwealth of Virginia
Reg. #7113167
My Commission Exps. June 30, 2015

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/7/25

Signature of Plaintiff: *Lisa Jessee Palmer Jessee*
Printed Name of Plaintiff: LISA Jessee Palmer Jessee

#### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

NOTE: Check with Michael Clerico (Oak City Va.)