IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
July 11, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
         DEPUTY CLERK

| | |
|---|---|
| **PALMER JESSEE AND LISA JESSEE,** ) ) | |
| Plaintiffs, ) ) | Case No. 1:25CV00037 |
| v. ) ) | **ORDER** |
| **LEE COUNTY COURT HOUSE, ET AL.,** ) ) ) | J<small>UDGE</small> J<small>AMES</small> P. J<small>ONES</small> |
| Defendants. ) | |

Plaintiffs, proceeding without a lawyer, have filed this action in relation to a dispute over land located in Lee County, Virginia. The basis of jurisdiction is diversity of citizenship and amount in controversy, 28 U.S.C. § 1332. The Complaint is on a federal court form entitled "Complaint for the Conversion of Property (28 U.S.C. § 1332; Diversity of Citizenship)." Compl. 1, ECF No. 1. The form itself defines the prerequisite for jurisdiction:

> Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

*Id*. at 5.

The plaintiffs agree that they are citizens of Virginia but make no effort to explain how all of the other defendants are citizens of another state. And, in fact, the addresses given of most of the defendants are in Virginia. In addition, there is no showing that the amount in controversy exceeds $75,000.

I regret that Mr. and Mrs. Jessee have spent time and effort preparing and filing this lawsuit without understanding the limits of this Court's jurisdiction. Unfortunately, it is my duty to dismiss cases that this Court is prohibited from handling.

Accordingly, the Complaint is DISMISSED without prejudice for lack of jurisdiction and the Clerk shall close this case.

It is so **ORDERED**.

ENTER: July 11, 2025

/s/  JAMES P. JONES
Senior United States District Judge